IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUAN CARLOS MARTINEZ MARTINEZ,

Petitioner,

v.

UNITED STATES IMMIGRATION and CUSTOMS ENFORCEMENT; and C. CARTER, Warden, FCI-Leavenworth,

Respondents.

Case No. 25-3254-JWL

**ORDER TO SHOW CAUSE**

Petitioner has filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials. The Court finds that a responsive pleading is required.

IT IS THEREFORE ORDERED BY THE COURT THAT respondents are required to show cause on or before **December 24, 2025**, why the writ should not be granted; and that petitioner is granted until **January 23, 2026**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 24th day of November, 2025, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge